UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KONINKLIJKE PHILIPS ELECTRONICS N.V.
and PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION,

        Plaintiffs,

        v.

ZOLL LIFECOR CORPORATION,

        Defendant.

C.A. No. 2:12-cv-01369-NBF

Judge Nora Barry Fischer

Electronically Filed

## MOTION TO STAY

Because Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation (collectively, "Philips") have now sued ZOLL Medical Corporation or its wholly owned subsidiary ZOLL Lifecor Corporation (collectively, "ZOLL") in three different venues despite the similar technology and same patents in each of these three cases, ZOLL hereby moves to stay this action until the conclusion of the liability phase of the lawsuit that Philips filed in Massachusetts.  As explained in the accompanying memorandum of law, a stay would conserve judicial resources and reduce or avoid the need to re-litigate many issues already before the District Court of Massachusetts, and would reduce the unfair burden to ZOLL of serial lawsuits without unfairly prejudicing Philips.  Therefore, ZOLL respectfully requests that this Court stay this matter pending the conclusion of the liability phase of the Massachusetts Matter. ZOLL submits the contemporaneously filed memorandum in further support of this motion.

Dated: November 9, 2012                    Respectfully submitted,


*/s/ Henry M. Sneath*
Henry M. Sneath (Pa. ID No. 40559)
Robert L. Wagner (Pa. ID No. 308499)
Joseph R. Carnicella (Pa. ID No. 200294)
Picadio Sneath Miller & Norton, P.C.
Four Gateway Center
444 Liberty Avenue, Suite 1105
Pittsburgh, PA 15222
(412) 288-4000
(412) 288-2405 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the following registered participants as identified on the Notice of Electronic Filing (NEF) on this 9th day of November, 2012.

Dara A. DeCourcy
George N. Stewart
Zimmer Kunz
600 Grant Street
3300 USX Tower
Pittsburgh, PA 15219

David K. Mroz
Michael Jakes
Robert F. Shaffer
Finnegan, Henderson Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001

Denise W. DeFranco
Finnegan, Henderson Farabow, Garrett & Dunner, LLP
Two Seaport Lane
Sixth Floor
Boston, MA 02210-2001

*/s/ Henry M. Sneath*
Henry M. Sneath, Esquire