### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ZOLL LIFECOR CORPORATION, <br><br> Defendant. | Civil Action No. 2:12-cv-1369 <br><br> Judge Nora Barry Fischer |

### ORDER OF SEALING

There having been filed a motion requesting the sealing of certain Confidential Information within the meaning of the Stipulated Protective Order entered by the Court on March 6, 2014, and it appearing that there is good cause to seal such Confidential Information;

IT IS HEREBY ORDERED that the material identified as follows:

Plaintiffs may file under seal the unredacted Memorandum in Support of Philips's Motion to Preclude Defenses Based on "LifeCor Prior Art," or in the Alternative, Reopen Fact Discovery, and the exhibits to the corresponding Declaration of Susan Y. Tull that contain Confidential Information. Plaintiffs shall publicly file redacted versions of their Memorandum in Support of Philips's Motion to Preclude Defenses Based on "LifeCor Prior Art," or in the Alternative, Reopen Fact Discovery, and the exhibits to the corresponding Declaration of Susan Y. Tull that contain Confidential Information. The unredacted versions of Plaintiffs' Memorandum in Support of Philips's Motion to Preclude Defenses Based on "LifeCor Prior

Art," or in the Alternative, Reopen Fact Discovery, and the exhibits to the corresponding Declaration of Susan Y. Tull, shall remain under seal until further order of this Court.

Dated: April 14, 2015

_____
Judge Nora Barry Fischer