# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V. and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>ZOLL LIFECOR CORPORATION,<br><br>        Defendant. | Civil Action No. 2:12-cv-1369<br><br>Judge Nora Barry Fischer<br><br>ORAL ARGUMENT REQUESTED |

## DAUBERT MOTION TO EXCLUDE IMPROPER EXPERT TESTIMONY OF MARK J. CHANDLER

Philips hereby moves this Court for an order granting its Daubert Motion to Exclude the Improper Expert Testimony of Mark J. Chandler. This Motion is made pursuant to Federal Rules of Evidence 702 and 403. Mr. Chandler's opinions will not aid the trier of fact and are cumulative of the opinions of Zoll's primary damages expert, Dr. Vellturo. The grounds in support of this motion are set forth in detail in Philips's Memorandum in Support of Its Daubert Motion and the declaration of Susan Y. Tull and accompanying exhibits, which are filed herewith.

Dated: November 3, 2016

Respectfully submitted,

/s/ *Dara DeCourcy*
Robert F. Shaffer
J. Michael Jakes
Susan Y. Tull
David K. Mroz
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue NW
Washington, DC 20001-4413
robert.shaffer@finnegan.com
mike.jakes@finnegan.com
susan.tull @finnegan.com
david.mroz@finnegan.com
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

George N. Stewart
Pa. I.D. #39362
Dara DeCourcy
Pa. I.D. #30220
ZIMMER KUNZ, PLLC
132 South Main Street; Suite 400
Greensburg, PA 15601
stewart@zklaw.com
decourcy@zklaw.com
Telephone: (724) 836-5400
Facsimile: (724) 836-5149

**Attorneys for Plaintiffs**
**KONINKLIJKE PHILIPS N.V. and**
**PHILIPS ELECTRONICS NORTH**
**AMERICA CORPORATION**

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with the Court on November 3, 2016. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                 */s/Dara DeCourcy*
Dara A. DeCourcy
Pa. I.D. #30220
ZIMMER KUNZ, PLLC
132 South Main Street; Suite 400
Greensburg, PA 15601
(724) 836-5400
decourcy@zklaw.com