# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V. and PHILIPS NORTH AMERICA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ZOLL LIFECOR CORPORATION, <br><br> Defendant. | Civil Action No. 2:12-cv-1369 <br><br> Judge Nora Barry Fischer |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Koninklijke Philips N.V. and Philips North America LLC, and defendant ZOLL Lifecor Corporation, by and through their undersigned counsel, that the above-captioned action, including all claims and affirmative defenses, is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41, and without costs, disbursements, or attorneys' fees to any party.

01546988.DOCX 7565-0096

Dated: December 21, 2017                    Respectfully submitted,

/s/Dara A. DeCourcy                         /s/David C. McPhie
George N. Stewart (Pa. I.D. #39362)          Henry M. Sneath (Pa. ID No. 40559)
Dara A. DeCourcy (Pa. I.D. #30220)           Picadio Sneath Miller & Norton, P.C.
ZIMMER KUNZ, PLLC                            Four Gateway Center
132 South Main Street; Suite 400             444 Liberty Avenue, Suite 1105
Greensburg, PA 15601                         Pittsburgh, PA 15222
(724) 836-5400                               (412) 288-4000
stewart@zklaw.com                            (412) 288-2405 (fax)
decourcy@zklaw.com

                                            David C. McPhie (admitted *pro hac vice*)
J. Michael Jakes                             Rebecca Carson (admitted *pro hac vice*)
Robert F. Shaffer                            Nima Hefazi (admitted *pro hac vice*)
Susan Y. Tull                                IRELL & MANELLA LLP
David K. Mroz                                840 Newport Center Dr., Ste. 400
FINNEGAN, HENDERSON, FARABOW,                Newport Beach, CA 92660
GARRETT & DUNNER, L.L.P.                     dmcphie@irell.com; rcarson@irell.com;
901 New York Avenue NW                       nhefazi@irell.com
Washington, DC 20001-4413                    (949) 760-0991
E-mail address: mike.jakes@finnegan.com      (949) 760-5200 (fax)
E-mail address: robert.shaffer@finnegan.com
E-mail address: susan.tull@finnegan.com      Morgan Chu (admitted *pro hac vice*)
E-mail address: david.mroz@finnegan.com      David I. Gindler (admitted *pro hac vice*)
Telephone: (202) 408-4000                    Alan Heinrich (admitted *pro hac vice*)
Facsimile: (202) 408-4400                    Elizabeth Tuan (admitted *pro hac vice*)
                                            IRELL & MANELLA LLP
                                            1800 Avenue of the Stars, Suite 900
                                            Los Angeles, CA 90067-4276
**Attorneys for Plaintiffs**                 mchu@irell.com; dgindler@irell.com;
**KONINKLIJKE PHILIPS**                      aheinrich@irell.com; etuan@irell.com
**N.V. and PHILIPS NORTH AMERICA LLC**       (310) 277-1010
                                            (310) 203-7199 (fax)

                                            **Attorneys for Defendant**
                                            **ZOLL Lifecor Corp.**


                                            AND NOW, this 21st
                                            day of December, 20 17,
                                            IT IS SO ORDERED.

                                            _____
                                            UNITED STATES DISTRICT JUDGE